AO 245B Sheet 1 - Judgment in a Criminal Case - D. Massachusetts (03/02)

# United States District Court
## District of Massachusetts

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **Christopher Ranieri** | Case Number: 1: 07 CR 10381 - LTS- |
| | Elliot Weinstein |
| | Defendant's Attorney |

☐

**THE DEFENDANT:**
☒ pleaded guilty to count(s): 1 and 2-Failure to file tax returns
☐ pleaded nolo contendere to counts(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| USC § 26  6012 | Failure to file tax returns | | 1 |
| USC § 26  7203 | Failure to file tax returns | | 2 |

☐ See continuation page

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on counts(s) _____ and is discharged as to such count(s).

☐ Count(s) _____ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-xxxx

Defendant's Date of Birth: xx/xx/68

Defendant's USM No.:

Defendant's Residence Address:
Lynn Mass

Defendant's Mailing Address:
same as above

2/3/09
Date of Imposition of Judgment

Signature of Judicial Officer

The Honorable Leo T. Sorokin
Name and Title of Judicial Officer

Magistrate Judge, U.S. District Court

Date  2/26/09

AO 245B Sheet 2 - Imprisonment - D. Massachusetts (10/01)

CASE NUMBER: **1: 07 CR 10381 - LTS -**   Judgment - Page    of
DEFENDANT: **Christopher Ranieri**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   12   month(s)

on each count 1 & 2 to run concurrent

[x] The court makes the following recommendations to the Bureau of Prisons:

The court recommends the Camp at Lewisberg

[ ] The defendant is remanded to the custody of the United States Marshal.

[x] The defendant shall surrender to the United States Marshal for this district:
  [x] at _10:00 am_ on _03/23/09_
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _____ on _____
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B   Judgment in a Criminal Case - D Massachusetts (10/01)
Sheet 5, Part A — Criminal Monetary Penalties

Judgment - Page   of

CASE NUMBER: 1: 07 CR 10381 - LTS -
DEFENDANT:   Christopher Ranieri

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS $ | $50.00 |  | * |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|-----------------------|-------------------------------|------------------------------------------|
| United States Treasury | $33,408.00 | $33,408.00 | |
| **TOTALS** | $0.00 | $0.00 | |

☐ See Continuation Page

☒ If applicable, restitution amount ordered pursuant to plea agreement   $33,408.00

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

## ACCOUNT ESTABLISHMENT FORM

### 1: 07 CR 10381  - LTS -
### Christopher Ranieri

| Name of Payee | Address | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|---|
| United States Treasury | | $33,408.00 | $33,408.00 | |

ACCOUNT ESTABLISHMENT FORM

ACCOUNT ESTABLISHMENT FORM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | NO.  07-10381-LTS |
| ) | |
| CHRISTOPHER RANIERI  ) | |

### ORDER REQUIRING PAYMENT OF RESTITUTION

At sentencing in this matter, which was held on February 2, 2009, the Court ordered, pursuant to the plea agreement executed by the parties and 18 U.S.C. § 3663(a)(3), that the defendant pay restitution to the United States Treasury for the total tax loss attributable to Counts One and Two of the Information to which he pleaded guilty.  The parties have agreed that the total loss figure, not including interest or penalties, is $33,408.

In light of the foregoing, the Court hereby orders the defendant to pay to the United States Treasury, in a manner and period to be determined by the United States Probation Office, the sum of $33,408, unless otherwise agreed to by the parties and ordered by this Court.

SO ORDERED, this 1)/), day of February, 2009.

_____
HON. LEO T. SOROKIN
MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT

